1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  JONATHAN U. LEE (CSBN 148792)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-6909
6       FAX: (415) 436-7234
        Jonathan.Lee@usdoj.gov
7
   Attorneys for Defendants
8
                           UNITED STATES DISTRICT COURT
9
                          NORTHERN DISTRICT OF CALIFORNIA
10
                                SAN FRANCISCO DIVISION
11

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, ) | CASE NO. 13-CV-02872 NC |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER** |
| ) | **FOR DISMISSAL WITH PREJUDICE** |
| v. ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| DEFENSE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

STIPULATION RE DISMISSAL
13-CV-02872 NC

1  Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff American Small Business
2  League and Defendant United States Department of Defense stipulate to the dismissal with prejudice of
3  *America Small Business League v. United States Department of Defense*, Northern District of California
4  case number 13-CV-02872 NC.

   The parties further stipulated that each party will bear its own costs.

DATED: August 21, 2013                    /s/_____
                                          ROBERT BELSHAW
                                          Attorney for Plaintiff
                                          American Small Business League

DATED: August 21, 2013                    MELINDA HAAG
                                          United States Attorney

                                          /s/_____
                                          JONATHAN U. LEE
                                          Attorneys for Defendants

## (PROPOSED) ORDER

BASED ON THE FOREGOING STIPULATION, THIS ACTION IS DISMISSED WITH PREJUDICE.
IT IS SO ORDERED:

DATED: ____August 22____, 2013            _____
                                          HON. NATHANEAL COUSINS
                                          United S...

**GRANTED**
*[signature]*
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION RE DISMISSAL
13-CV-02872 NC                            1