MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CABN 152348)
Chief, Civil Division
JONATHAN U. LEE (CSBN 148792)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6909
    FAX: (415) 436-7234
    Jonathan.Lee@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN SMALL BUSINESS LEAGUE, | CASE NO. 13-CV-02872 NC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| UNITED STATES DEPARTMENT OF DEFENSE, | |
| Defendant. | |

STIPULATION RE DISMISSAL
13-CV-02872 NC

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), Plaintiff American Small Business League and Defendant United States Department of Defense stipulate to the dismissal with prejudice of *America Small Business League v. United States Department of Defense*, Northern District of California case number 13-CV-02872 NC.

The parties further stipulated that each party will bear its own costs.

DATED: August 21, 2013            /s/_____
                                  ROBERT BELSHAW
                                  Attorney for Plaintiff
                                  American Small Business League

DATED: August 21, 2013            MELINDA HAAG
                                  United States Attorney

                                  /s/_____
                                  JONATHAN U. LEE
                                  Attorneys for Defendants

### (PROPOSED) ORDER

BASED ON THE FOREGOING STIPULATION, THIS ACTION IS DISMISSED WITH PREJUDICE. IT IS SO ORDERED:

DATED: ____August 22____, 2013    _____
                                  HON. NATHANAEL COUSINS
                                  United S...

**GRANTED**
Judge Nathanael M. Cousins

STIPULATION RE DISMISSAL
13-CV-02872 NC                    1